UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>)<br>v.                                            )<br>)<br>)<br>MARKEVIN FAUCETTE,            )<br>)<br>DEFENDANT           ) | CRIMINAL NO. 2:13-CR-79-DBH |

ORDER ON DEFENDANT'S MOTION TO
PRESERVE AND PRODUCE ROUGH NOTES

The motion is **DENIED**. The government has responded that upon the filing of the motion, it has "instructed its case agents to preserve all rough notes and tape recordings then in existence," thus taking care of the preservation request. It is not clear from the motion that the defendant even seeks actual production of the notes at this time (he refers to putting the government "on notice" and "possible review or use by Mr. Faucette at a later date"), and the government has acknowledged its <u>Brady</u> and <u>Giglio</u> obligations. In any event, the defendant has furnished no basis for ordering the production of any particular notes.

SO ORDERED.

DATED THIS 9TH DAY OF JULY, 2013

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE