UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:13-CR-79-DBH |
| ) | |
| MARKEVIN FAUCETTE, ) | |
| ) | |
| DEFENDANT ) | |

ORDER ON DEFENDANT'S MOTION FOR
LEAVE TO FILE SUPPLEMENTAL PRETRIAL MOTIONS

The motion is **DENIED**. If and when the defendant has a new motion and grounds for filing it late, he can present that argument to the court.

**SO ORDERED.**

**DATED THIS 24TH DAY OF JULY, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**