UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:13-CR-79-DBH-01 |
| | ) |
| MARKEVIN FAUCETTE, | ) |
| | ) |
| DEFENDANT | ) |

ORDER ENGLARGING TIME TO FILE NOTICE OF APPEAL

The Court of Appeals for the First Circuit has transmitted the notice of appeal in this case back to the district court "for a ruling whether the district court will enlarge the time for filing an appeal and will consider this notice of appeal timely filed." The court of appeals points out that the district court "upon a showing of excusable neglect or good cause, may enlarge the time for filing a notice of appeal filed within [the] thirty-day period" following the fourteen-day limit for filing a notice of appeal. Order of Court entered September 29, 2015.

Accordingly, I now find excusable neglect and enlarge the time for filing a notice of appeal for thirty days following its original expiry, see Fed. R. App. P. 4(b)(4), and consider the notice of appeal timely filed, given when it was mailed from prison. See Fed. R. App. P. 4(c)(1). The Clerk shall forward a copy of this decision to the court of appeals forthwith.

SO ORDERED.

DATED THIS 29TH DAY OF SEPTEMBER, 2015

/S/ D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE